AO 440 (Rev. 10/93) Summons in a Civil Action

3

# United States District Court

United States District Court
Southern District of Texas
FILED

JUL 27 2000

Michael N. Milby
Clerk of Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯

SYLVIA VASQUEZ

## SUMMONS IN A CIVIL CASE

V.

K-MART CORPORATION, RANSOM OLDS and DOLLY BARRERA

CASE NUMBER:

B-00-108

**TO:** (Name and address of defendant)

K-MART CORPORATION
CT Corporation Systems
350 North St. Paul Street
Dallas, Tx.   75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
ZAVALETTA & COWEN
603 E. St. Charles Street
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk

7-14-00

CLERK

DATE

(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

CASE # B00108                                    COURT
                                                 Clt. Ref.#                       Clt.#   7172

SYLVIA VASQUEZ

VS

K-MART CORP., RANSOM OLDS, AND DOLLY BARRERA

The documents came to our hand for service on 07/19/00   Time: 12:31:26

Documents received for service:

**SUMMONS IN A CIVIL CASE; PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on **07/19/00   Time: 14:00:00**

Executed at: 350 N. St. Paul St., #2900
              Dallas, TX 75201

to the following: **K-Mart Corporation
                   By Delivering To Its' Registered Agent, CT Corporation
                   System, Accepted By Barbara Pfister**

____✓____ PERSONALLY delivering the document to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
          who is sixteen (16) years of age or older, at the above listed address which is the
          usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above
suit, I have never been convicted of a felony or misdemeanor involving moral turpitude
in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES
OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all
other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____                           James Prince
                                                 Professional Civil Process Dallas, Inc.
Witness Fee Tendered:_____                   714 Jackson St., Suite 930
                                                 Dallas, Texas 75202
STATE OF TEXAS}
                        VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn declared that the statements therein contained are
true and correct.  Given my hand and seal of office this 21 day of _____ 2000.

                                                 NOTARY PUBLIC SIGNATURE

PCP Inv.# D0700 247

*[Notary seal: PETER S ARMSTRONG, NOTARY PUBLIC, State of Texas, Comm. Exp. 04-15-2003]*