O 440 (Rev. 10/93) Summons in a Civil Action

4

# United States District Court

United States District Court
Southern District of Texas
FILED

JUL 2 8 2000

Michael N. Milby
Clerk of Court

_____ DISTRICT OF _____

SYLVIA VASQUEZ

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

K-MART CORPORATION, RANSOM OLDS
and DOLLY BARRERA

B-00-108

**TO:** (Name and address of defendant)

Ransom Olds
675 Edgewater Isle
San Benito, Tx. 78586

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
ZAVALETTA & COWEN
603 E. St. Charles Street
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

7-14-00

CLERK                                              DATE

(BY) DEPUTY CLERK

# OFFICERS RETURN OF SERVICE

**ORIGINAL**

CASE # B-00-108     COURT
Clt. Ref.#                        Clt.#   1610

SYLVIA VASQUEZ

VS

K-MART CORP. RANSOM OLDS AND DOLLY BARRERA

The documents came to our hand for service on 07/24/00  Time: 13:15:29

Documents received for service:

**SUMMONS IN A CIVIL CASE**

The documents were delivered on 07/24/00  **Time: 15:35:00**

Executed at: 2506 Palmer Lane (N/A)
             Austin, TX 78750

to the following: **Olds, Ransom**
                  **Works: K-Mart**

✓  PERSONALLY delivering the document to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

**AFFIDAVIT**

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

Lesley Sanchez
Professional Civil Process Austin
105 West Riverside Dr. #120
Austin, Texas 78704
Fax (512) 477-8700

STATE OF TEXAS}

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _July_ 2000.

_____
NOTARY PUBLIC SIGNATURE

PCP Inv.# A07001283



SANDY HARPER
NOTARY PUBLIC
State of Texas
Comm. Exp. 10-06-2002