

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA VASQUEZ<br>   PLAINTIFF | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-108<br>(JURY REQUESTED) |
| K-MART CORPORATION,<br>RANSOM OLDS, and<br>DOLLY BARRERA<br>   DEFENDANTS | § § § § | |

### DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendants, **K-MART CORPORATION, RANSOM OLDS and DOLLY BARRERA**, and file this their Original Answer to Plaintiff's Original Complaint, and in support thereof would show this Honorable Court as follows:

1. Defendants deny all allegations in Paragraphs 1, 12, 13-21, 27-31, 34-39, and 41.

2. Defendants admit to Plaintiff's statements in Paragraphs 3, 5, 7, 8, 23, 26, and 33.

3. Defendants admit that Ransom Olds is an individual, but deny the balance of the allegations in Paragraph 4.

4. Defendants admit the jurisdictional allegation in Paragraph 6, but are without sufficient knowledge to admit or deny the balance of Plaintiff's allegations.

5. Defendants admit that Plaintiff was hired around April 1994, and that she was promoted to Loss Control Manager, but deny the balance of the allegations in Paragraph 9.

6. Defendants admit that Plaintiff was an employee under 42 U.S.C. §12111(4), but deny that Plaintiff was constructively terminated as alleged in Paragraph 24.

7. Defendants deny that Plaintiff was constructively terminated, but admit that she was qualified for her employment as alleged in Paragraph 25.

8. Defendants are without sufficient knowledge at this time to admit or deny the allegations in Paragraphs 2, 10, 11, 22, 26, and 32.

9. Defendants deny that Plaintiff is entitled to any recovery as alleged in Paragraphs 42-47.

10. Defendants deny that Plaintiff' hearing impairment is a disability under the ADA or TCHRA.

11. Defendants deny that Plaintiff was discriminated against because of a disability or that she was constructively discharged, and would further aver that any damages sustained by Plaintiff as a result of her resignation from her employment with Defendant was a result of her own actions and by her failure to mitigate any damages she might have had.

12. Defendants hereby demand a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendants **K-MART CORPORATION, RANSOM OLDS and DOLLY BARRERA**, pray that upon final trial and hearing hereof, Plaintiff takes nothing by her suit, that Defendants recover all costs incurred herein, and that Defendants have such other and further relief, at law or in equity, to which they may show themselves to be justly entitled.

Signed August ___4___, 2000.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____*Eileen Leeds*_____
Eileen M. Leeds
State Bar No. 00791093
USDC Adm. No. 16799

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was duly served upon all parties or their counsel of record by fax and/or hand delivery, return receipt requested, and/or by placing same in the United States Mail, certified mail, return requested, postage prepaid and properly addressed on this the ____4____ day of August, 2000.

Mr. Michael R. Cowen
ZAVALETTA & COWEN
603 E. St. Charles St.
Brownsville, Texas 78521

_____
Eileen M. Leeds

-3-