7

United States District Court
Southern District of Texas
FILED

AUG 1 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA VASQUEZ<br>    PLAINTIFF | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-108<br>(JURY REQUESTED) |
| K-MART CORPORATION,<br>RANSOM OLDS, and<br>DOLLY BARRERA<br>    DEFENDANTS | § § § § | |

**DEFENDANTS' CERTIFIED DISCLOSURES OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order, Defendants' counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff Sylvia Vasquez

2. Defendant K-Mart Corporation

3. Defendant Ransom Olds

4. Defendant Dolly Barrera

Signed August __18__, 2000.

        Respectfully submitted,

        WILLETTE & GUERRA, L.L.P.
        International Plaza, Ste. 460
        3505 Boca Chica Blvd.
        Brownsville, Texas 78521
        Telephone: (956) 541-1846
        Facsimile: (956) 541-1893

        By: _/s/ Eileen Leeds_
        Eileen M. Leeds
        State Bar No. 00791093
        USDC Adm. No. 16799

        Lawrence J. Rabb
        State Bar No. 24010328
        USDC Adm. No.

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was duly served upon all parties or their counsel of record by fax and/or hand delivery, return receipt requested, and/or by placing same in the United States Mail, certified mail, return requested, postage prepaid and properly addressed on this the __18__ day of August, 2000.

Mr. Michael R. Cowen
ZAVALETTA & COWEN
603 E. St. Charles St.
Brownsville, Texas 78521

        _/s/ Eileen Leeds_
        Eileen M. Leeds