8

United States District Court
Southern District of Texas
FILED

AUG 2 5 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA VASQUEZ<br>PLAINTIFF | § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-108<br>(JURY REQUESTED) |
| K-MART CORPORATION,<br>RANSOM OLDS, and<br>DOLLY BARRERA<br>DEFENDANTS | § § § § | |

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE INITIAL
PRETRIAL CONFERENCE SET FOR SEPTEMBER 8, 2000**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendants and file this, their Unopposed Motion to Continue the Initial Pretrial Conference set for September 8, 2000, and in support thereof would show as follows:

Defendants' counsel will be attending a Texas Municipal League Seminar set September 7th and 8th, which will make it impossible for Defendants' counsel to attend the Initial Pretrial Conference set for September 8, 2000.

The parties have not been able to meet as yet under Rule 26(f) due to Mr. Cowen being in trial in Hidalgo County, but have begun to prepare the Joint Report of the Meeting and Joint Discovery Case Management Plan. This continuance is not sought for mere delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED THEREFORE, Defendants respectfully request that this Court enter an Order Granting Defendants' Unopposed Motion for Continuance

-1-

of the Initial Pretrial Conference until some date after September 8, 2000

Signed August 25th, 2000.

                                    Respectfully submitted,

                                    WILLETTE & GUERRA, L.L.P.
                                    International Plaza, Ste. 460
                                    3505 Boca Chica Blvd.
                                    Brownsville, Texas 78521
                                    Telephone: (956) 541-1846
                                    Facsimile: (956) 541-1893

By: _____
                                    Eileen M. Leeds
                                    State Bar No. 00791093
                                    USDC Adm. No. 16799

                                    Lawrence J. Rabb
                                    State Bar No. 24010328
                                    USDC Adm. No. 23712

                                    Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with Plaintiff's counsel on August 24, 2000 and he is not opposed to said Motion.

_____
Eileen M. Leeds

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was duly served upon all parties or their counsel of record by fax and/or hand delivery, return receipt requested, and/or by placing same in the United States Mail, certified mail, return requested, postage prepaid and properly addressed on this the ___25___ day of August, 2000.

Mr. Michael R. Cowen
ZAVALETTA & COWEN
603 E. St. Charles St.
Brownsville, Texas 78521

_____
Eileen M. Leeds