9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SYLVIA VASQUEZ | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-108 |
| | § | (JURY REQUESTED) |
| K-MART CORPORATION, | § | |
| RANSOM OLDS, and | § | |
| DOLLY BARRERA | § | |
| DEFENDANTS | § | |

**ORDER SETTING HEARING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE INITIAL PRETRIAL CONFERENCE SET FOR SEPTEMBER 8, 2000**

On this day came to be considered **Defendants' Unopposed Motion to Continue the Initial Pretrial Conference set for September 8, 2000** in connection with the above styled and numbered cause. After considering the same, the Court is of the opinion that a hearing should be held.

IT IS THEREFORE ORDERED that the **Defendants' Unopposed Motion to Continue the Initial Pretrial Conference set for September 8, 2000** shall be heard on the 26TH day of SEPTEMBER, 2000 at 2:30 o'clock p.m. in the Federal District Court of Brownsville Division, Texas.

All other relief requested and not expressly granted is hereby denied.

Signed for entry on this the 30TH day of August, 2000.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE