/0

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 25 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA VASQUEZ | § | |
|    PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-108 |
| | § | (JURY REQUESTED) |
| K-MART CORPORATION, | § | |
| RANSOM OLDS, and | § | |
| DOLLY BARRERA | § | |
|    DEFENDANTS | § | |

# JOINT REPORT OF THE MEETING AND
# JOINT DISCOVERY CASE MANAGEMENT PLAN

1. State when and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   The meeting was held on September 25, 2000.

   Michael Cowen attended for Plaintiff.
   Eileen M. Leeds attended for Defendants.

2. List the cases related to this one that are pending in any state or federal court with the case number and court.

   None.

3. Briefly describe what this case is about.

   Plaintiff alleges she was subjected to a hostile environment which violated the ADA when Mr. Olds and Ms. Barrera made comments about her hearing.

4. Specify the allegation of federal jurisdiction.

   Americans with Disabilities Act (ADA) (42 U.S.C. §12101 et seq.)

-1-

5.  Name the parties who disagree and the reasons.

    None.

6.  List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

    None.

7.  List anticipated interventions.

    None.

8.  Describe class-action issues.

    None.

9.  State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

    They will be made by the time of the initial conference.

10. Describe the proposed agreed discovery plan, including:

    A.  Responses to all the matters raised in Rule 26(f).

        None

    B.  When and to whom the plaintiff anticipates it may send interrogatories.

        Plaintiff anticipates that she will send interrogatories to each Defendant within (30) thirty days of the initial conference.

    C.  When and to whom the defendant anticipates it may send interrogatories.

        Defendant anticipates send discovery to Plaintiff within 30 days of the initial conference.

D.  Of whom and by when the plaintiff anticipates taking oral depositions.

    Plaintiff anticipates taking the oral deposition of each Defendant. Plaintiff may also depose any witness designated by Defendants but she does not know who they are at this time.

E.  Of whom and by when the defendant anticipates taking oral depositions.

    Defendant anticipates the oral deposition of Plaintiff and possibly one or two other witnesses who support her allegation. It is unclear at this time who they might be.

F.  When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

    Plaintiff proposes designating her experts 90 days before the final pretrial conference.

    Defendant would be able to determine if they need an expert within 30 days of receipt of Plaintiff's expert report.

G.  List expert depositions and plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

    Plaintiff proposes taking Defendants' experts deposition within 30 days of producing Defendants' experts' report.

H.  List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

    Defendants anticipate taking Plaintiff's experts' deposition within 30 days of production of Plaintiff's expert's report.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

    Nothing at this time.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

    None.

13. State the date the planned discovery can reasonably be completed.

    February 2001.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    The parties agreed to mediate this case.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

    Neither party has attempted resolution as yet.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    Mediation is acceptable to both parties.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    Neither party is opposed to having Judge Black try this case.

18. State whether a jury demand has been made and if it was made on time.

    A jury demand has been timely made.

19. Specify the number of hours it will take to present the evidence in this case.

    The parties anticipate approximately 20 hours for the presentation of evidence.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

-4-

None.

21.  List other motions pending.

   None.

22.  Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   Whether the ADA contemplates a hostile environment claim.

23.  Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

   Defendant has filed its Disclosures of Interested Parties.

24.  List the names, bar numbers, addresses and telephone numbers of all counsel.

   Eileen M. Leeds
   State Bar No. 00791093
   Federal Adm. No. 16799
   Lawrence J. Rabb
   State Bar No. 24010328
   Federal Adm. No. 23712
   WILLETTE & GUERRA, L.L.P.
   International Plaza, Ste. 460
   3505 Boca Chica Blvd.
   Brownsville, Texas 78521
   Telephone: (956) 541-1846
   Facsimile: (956) 541-1893
   Attorneys for Defendants

   Mr. Michael R. Cowen
   State Bar No. 00795306
   Federal Adm. No. 19967
   ZAVALETTA & COWEN
   603 E. St. Charles St.
   Brownsville, Texas 78521
   Telephone: (956) 541-4981
   Facsimile: (956) 541-2205

_Michael Cowen by permission EML_     9-25-00
Mr. Michael R. Cowen                          Date
Counsel for Plaintiff


_Eileen Leeds_                                9-25-00
Ms. Eileen M. Leeds                           Date
Counsel for Defendants