*11*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 25 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA VASQUEZ | § § | |
| | § | CIVIL ACTION NO. B-00-108 |
| V. | § | |
| | § | JURY DEMANDED |
| K-MART CORPORATION, ET AL. | § | |

CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Sylvia Vasquez certifies that, to the best of her knowledge, the only persons financially interested in the outcome of this litigation are the parties. The parties are:

1.  Sylvia Vasquez;

2.  K-Mart Corporation;

3.  Ransom Olds; and

4.  Dolly Barrera.

Respectfully Submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
(956) 541-4981
(956) 504-3674 (FAX)

_____
Michael R. Cowen, P.C.
Federal ID No. 19967
State Bar No. 00795306

## CERTIFICATE OF SERVICE

I, Michael R. Cowen, hereby certify that on this the 25th day of September, 2000, I delivered a copy of the above and foregoing document to all counsel of record by facsimile and regular mail.

<u>Via Facsimile (541-1893)</u>
Eileen Leeds
Willette & Guerra, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78520

_____
Michael R. Cowen