/2

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 2 6 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-108            DATE & TIME:   09-26-00 AT 2:30 P.M.

SYLVIA VASQUEZ                       PLAINTIFF(S)   MICHAEL COWEN
                                     COUNSEL

VS.

K-MART CORPORATION, ET AL.           DEFENDANT(S)   EILEEN LEEDS
                                     COUNSEL

---

Attorneys Michael Cowen and Eileen Leeds appeared in chambers.

Scheduling dates were selected.

A consent was signed to proceed before Magistrate Judge Black.