*14*

United States District Court
Southern District of Texas
ENTERED

SEP 27 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA VASQUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-108 |
| | § | |
| K-MART CORPORATION, ET AL. | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **February 13, 2001.** If additional time is required, a motion requesting such extension must be filed no later than **January 12, 2001.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **April 13, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **April 13, 2001 at 2:00 P.M.**

(5) Final Pretrial is set for **May 3, 2001 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **May 4, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **May 28, 2001 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 26th day of September, 2000.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　United States Magistrate Judge