United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA VASQUEZ<br>PLAINTIFF | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-00-108<br>(JURY REQUESTED) |
| K-MART CORPORATION,<br>RANSOM OLDS, and DOLLY BARRERA<br>DEFENDANTS | §<br>§<br>§ | |

## ORDER SETTING HEARING ON
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this the 1st day of March, 2001, came on for consideration Defendants **K-MART CORPORATION, RANSOM OLDS and DOLLY BARRERA**'s Motion for Summary Judgment. The court having reviewed said motion together with the papers on file is of the opinion that a hearing shall be held thereon.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED, that Defendants' Motion for Summary Judgment is hereby set for hearing on the 30th day of April, 2001 at 1:30 p.m. o'clock.

Signed for entry on this 1st day of March, 2001.

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE