AO456(Rev. 5/85) Notice

17

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 0 2001

Michael N. Milby
Clerk of Court

VASQUEZ

VS.                                   NOTICE    B-**00**-cv-**108**

K-MART CORPORATION

Type of Case:

☒ CIVIL           ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place:<br><br>U.S. District Court<br>U.S. Courthouse, 3rd Floor<br>600 E. Harrison Street<br>Brownsville, Texas 78520 | Room No:  Courtroom # 4<br>U.S. District Judge Filemon B. Vela |
|---|---|
| | Date:<br>Time: |

| TYPE OF PROCEEDING: | FINAL PRETRIAL AND JURY SELECTION |
|---|---|

☒ TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE<br><br>**SAME PLACE** | DATE AND TIME PREVIOUSLY SCHEDULED<br>FPT - May 3, 2001<br>Jury Selection - May 4, 2001 | RESCHEDULED TO, DATE<br> Final Pretrial: April 26, 2001 @ 8:30 a.m.<br> Jury Selection: April 27, 2001 @ 8:30 a.m. |
|---|---|---|

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*[signature]*

DATE: March 20, 2001                  (BY) DEPUTY CLERK

cc:    Attorneys of Record
       Magistrate Judge John Black
       File