# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SYLVIA VASQUEZ § § VS. § § K-MART CORPORATION, § RANSOM OLDS AND DOLLY BARRERA § | CIVIL ACTION NO. B-00-108 |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**APRIL 30, 2001 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME:

**APRIL 13, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 21, 2001
TO:     MR. MICHAEL COWEN
        MS. EILEEN LEEDS