19

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAR 2 6 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| SYLVIA VASQUEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-108 |
| K-MART CORPORATION, RANSOM OLDS AND DOLLY BARRERA | § § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**APRIL 13, 2001 AT 2:00 P.M.**

CONTINUED TO DATE AND TIME:

**APRIL 18, 2001 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 23, 2001

TO:   MR. MICHAEL COWEN
      MS. EILEEN LEEDS