20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States District Court
Southern District of Texas
FILED

APR 1 0 2001

Michael N. Milby
Clerk of Court

SYLVIA VASQUEZ
                          Plaintiff(s)        DIVISION   BROWNSVILLE
V.                                                        CIVIL ACTION NO. B-00-108

K-MART CORP., RANSOM OLDS, and
DOLLY BARRERA       Defendant(s).

ADR METHOD:    Mediation    __X__    Arbitration    _____
                         Mini-trial    _____    Summary Jury Trial  _____

TYPE OF CASE:    **EMPLOYMENT ISSUE**

1. Please check one of the following:
   The case referred to ADR settled __✓__ or did not settle ____.

2. My total fee and expenses were: **$ 900.00.**
   (If you had no fees and expenses, please indicate if the case settled before
   ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant
   to order of the Court or agreement of the parties.)

   _____
   _____

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Sylvia Vasquez, Plaintiff
   Mr. Michael R. Cowen, Attorney
   MICHAEL R. COWEN, P.C.
   765 East 7th Street, Ste. A
   Brownsville, Texas 78520
   (956) 541-4981 - telephone
   (956) 504-3674 - telefax

   K-Mart Corporation, et al, Defendants
   Ms. Eileen M. Leeds, Attorney
   WILLETTE & GUERRA, L.L.P.
   3505 Boca Chica Blvd.
   Brownsville, Texas 78521
   (956) 541-1846 - telephone
   (956) 541-1893 - telefax

ADR PROVIDER

Date: 4/2/01                          Name:    Alfred T. Denham
                                             Signature: *[signature]*

SDTX-ADR-5/(Rev. 6-15-93)

ClibPDF - www.fastio.com