21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SYLVIA VASQUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-108 |
| | § | |
| K-MART CORPORATION, | § | |
| RANSOM OLDS AND DOLLY BARRERA | § | |

TYPE OF CASE:         __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2<br><br>DATE AND TIME:<br><br>MAY 16, 2001 AT 2:00 P.M. |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 16, 2001

TO:     MR. MICHAEL COWEN
        MS. EILEEN LEEDS