22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SYLVIA VASQUEZ | § | |
|     PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-108 |
| | § | (JURY REQUESTED) |
| K-MART CORPORATION, | § | |
| RANSOM OLDS, and | § | |
| DOLLY BARRERA | § | |
|     DEFENDANTS | § | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW PLAINTIFF, **SYLVIA VASQUEZ** and DEFENDANTS **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA,** and move this Court for an Order dismissing this case against Defendants **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA,** and in support thereof show:

The Plaintiff **SYLVIA VASQUEZ** and the Defendants **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA,** by and through their attorneys of record, have informed the Court that this matter has been compromised and settled, and the Plaintiff and Defendant hereby pray that all causes of action herein be dismissed with prejudice as of the settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **SYLVIA VASQUEZ** and Defendants **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA** request this Court to enter an Order dismissing this suit with prejudice as to Defendants **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA,** with all Court costs

-1-

to be borne by the party incurring same.

Signed this 26th day of April, 2001.

           Respectfully submitted,

           MICHAEL R. COWEN, P.C.
           765 East 7th Street, Suite A
           Brownsville, Texss 78520
           Telephone: (956) 541-4981
           Facsimile: (956) 504-3674

By: _____
           Michael R. Cowen
           State Bar No. 00795306

           Attorney for Plaintiff

           WILLETTE & GUERRA, L.L.P.
           International Plaza, Suite 460
           3505 Boca Chica Boulevard
           Brownsville, Texas 78521
           Telephone: (956) 541-1846
           Facsimile: (956) 541-1893

By: _____
           Eileen M. Leeds
           State Bar No. 00791093
           Federal I.D. No. 16799

           Attorney for Defendants

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **JOINT MOTION TO DISMISS** has on this the __26th__ day of __April__, 2001, been forwarded to:

Mr. Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 East 7th Street, Suite A
Brownsville, Texas 78520


_____
Eileen M. Leeds