23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA VASQUEZ<br>   PLAINTIFF | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-00-108<br>(JURY REQUESTED) |
| | § | |
| K-MART CORPORATION,<br>RANSOM OLDS, and<br>DOLLY BARRERA<br>   DEFENDANTS | §<br>§<br>§<br>§ | |

**AGREED ORDER OF DISMISSAL**

The Plaintiff **SYLVIA VASQUEZ** and Defendants **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA,** by and through their attorneys of record, having informed the Court that this matter has been compromised and settled, and the Plaintiff and Defendants having prayed that all causes as to **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA,** be dismissed with prejudice as of this settlement, and all parties agreeing thereto, and it appearing to the Court that the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause be dismissed as to the Defendants **K-MART CORPORATION, RANSOM OLDS, AND DOLLY BARRERA,** with prejudice against all parties to file any same or similar actions, with all court costs to be taxed against the party incurring same.

It is further ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this \_\_1ST\_\_ day of \_\_MAY_____, 2001.

_____
JUDGE PRESIDING


APPROVED AS TO SUBSTANCE AND FORM:


MICHAEL R. COWEN, P.C.


By: _____
Mr. Michael R. Cowen.
Attorney for Plaintiff




WILLETTE & GUERRA, L.L.P.


By: _____
Ms. Eileen M. Leeds
Attorney for Defendants

ClibPDF - www.fastio.com